```
Barry Milgrom, CSBN 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II,
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

Counsel for SUZANNE L. DECKER,
Trustee in Bankruptcy
```



The following constitutes
the order of the court. Signed September 30, 2009

Marilyn Morgan
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>COMUNITY LENDING, INCORPORATED,<br>a California corporation, et. al. *<br><br>Debtor.<br><br>7650 Marathon Drive, Suite A<br>Livermore, CA 94550<br><br>Employer's Tax ID No.: 94-2673933 | Case No. 08-50030-MM<br>Chapter 7<br>Hon. Marilyn Morgan<br><br>**ORDER AUTHORIZING TRUSTEE TO SELL INTEREST IN TERWIN AND RELATED CLAIMS**<br><br>[No Hearing Required] |

The Court having reviewed the Request for Entry of Order Authorizing Trustee to Sell Terwin Interest and Related Claims and Declaration of Barry Milgrom in support thereof, notice of the proposed sale being appropriate under the circumstances and good cause appearing therefore, it is

ORDERED as follows:

1. The Trustee's request is approved in all respects in accordance with the terms described in the Notice of Trustee's Intent to Sell Terwin Interest and Related Claims; and Opportunity for Hearing. a true and correct copy of which is attached hereto.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary or appropriate to consummate the sale.

3. This Order is effective upon entry, and the ten (10) day stay otherwise imposed by Bankruptcy Rule 6004(h) shall not apply, in order that the transactions described herein may be

301149929.1                                                           1

1 | closed prior to the expiration of such ten (10) day period.
2 | **END OF ORDER**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

COMUNITY LENDING, INCORPORATED,
a California corporation, et. al. *

    Debtor.

7650 Marathon Drive, Suite A
Livermore, CA 94550

Employer's Tax ID No.: 94-2673933

Case No. 08-50030-MM
Chapter 7
Hon. Marilyn Morgan

[No Hearing Required Unless Objection Filed]

## NOTICE OF TRUSTEE'S INTENT TO SELL TERWIN INTEREST AND RELATED CLAIMS; AND OPPORTUNITY FOR HEARING

TO:    ALL CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES

**PLEASE TAKE NOTICE** that Suzanne L. Decker, Trustee in Bankruptcy the estate of ComUnity Lending, Inc. ("Debtor"), intends to sell to Darryl Fry, or nominee, all of the bankruptcy estate's right, title and interest in (1) a mortgage-backed security, known as the Terwin Micro Asset-Backed Security, Series 2007 ComUnity1 ("Security"), that was issued and purportedly closed on September 27, 2007, together with (2) any documentation associated with the sale of the Security, and (3) any rights or claims that arise from ownership of the estate's interest in the Security, including rights arising out of the creation of (or failure to create) the Security or operation of the Security (but not claims, if any, against the Debtor's warehouse lenders). The price for the above referenced assets will be (a) $10,000, plus (b) subject to the terms and conditions more carefully described below, 35% of the net proceeds from any litigation initiated by or through Mr. Fry, or nominee (including any persons or entities related to Mr. Fry or owned or controlled, directly or indirectly, by Mr. Fry) that relate to the Security, including the creation of (or failure to create) the Security and/or the operation of the Security, as more fully set forth below.

**Background**

In 2007, the Debtor attempted to create a mortgage backed security. The Trustee is informed the Debtor put approximately 155 loans/promissory notes ("Notes"), payable to Debtor and secured by mortgages, with a face value of approximately $19,000,000, into a security which became known as the Terwin Micro Asset-Backed Security, Series 2007 ComUnity1. The buyers of rights in the Security paid an up front cash amount to Debtor (or to Debtor's lender) for certain rights in the income stream from and proceeds of the Notes. The Trustee is informed that there are three levels of ownership and rights in the Security. The senior investor (referred to as the A investor) had to receive an agreed upon amount in full before any junior investor could receive any principal payments from the Security. The mezzanine investor (referred to as the B-1 investor), who has rights junior to those of the senior investor, does not receive any part of its agreed principal amount until the A investor is paid in full. And the most junior interest (referred to as the B-2 interest) was retained by the

Debtor and became part of the bankruptcy estate. The Trustee understands that the estate's subordinated B-2 interest is not entitled to receive any payment or distribution unless both the A and the B-1 investors are paid in full, which appears extremely unlikely to happen.

The Trustee is informed that there is no market for the estate's subordinated interest in the Security. Moreover, the value of the estate's interest in the Security appears to be nil. That is, the secured Notes have had an extremely high rate of default, thereby reducing the amounts collectible on the Notes and from the mortgages which secure them. As a result, the Trustee is informed that there is no reasonable expectation that the estate will receive any distribution on account of its investment/subordinated B-2 interest. In fact, because of losses it incurred, the Trustee is informed that the B-2 mezzanine investor, who is related to Darryl Fry, and will be the purchaser or related to the purchaser in this sale, intends to initiate litigation in connection with the Security, possibly to rescind the transaction because of the certain alleged problems in, among other things, the documentation of the transaction. The mezzanine investor believes that it needs the estate's rights to litigate the creation or operation of the Security in order to assure the appearance of all necessary parties to the litigation. Hence, it is willing to pay the estate for its interests.

The purchase prices for the senior and mezzanine interests in the Security were paid to the Debtor's warehouse lenders, which had a lien on the Notes. The warehouse lenders had to be paid so that they would release the Notes to become a part of the Security. Because the proceeds from the sale of the interests in the Security were paid to the warehouse lenders for the benefit of the Debtor, the Trustee does not believe that the estate has any damages in connection with the claims related to the Security. The Trustee asked at least two attorneys whether they would assert such claims on a contingency fee and both declined. However, the mezzanine investor is interested in litigating the alleged problems (allegedly arising out of the alleged failure to properly create the Security) and therefore wants to acquire, directly or indirectly, the estate's interest in the Security and the related claims and documentation.

**The Purchase Price**

The purchase price for the assets described above will be as follows:

1.  Darryl Fry will promptly pay $10,000 to the Trustee.

2.  Darryl Fry or any related person or entity, or a person or entity that he owns or controls, including any nominee or assignee of any claim related to the Security (together, "Fry") may bring an action related to the Security ("Action"), including allegations concerning the improper creation of the Security. Any and all claims or causes of action related to the Security brought by Fry are included in the term Action. The Action includes claims and causes of action that do not now and have never been owned by the Debtor or the bankruptcy estate. Darryl Fry will manage the Action using his reasonable best efforts. He will have exclusive management rights to select and contract with attorneys of his choice to prosecute the Action. He will similarly have exclusive rights to determine litigation strategy, including settlement. Notwithstanding the above, the attorneys selected and engaged by Darryl Fry, including Edward K. White III and/or The White Law Firm, will have Darryl Fry and/or the relevant Fry as their client and the Trustee and the estate will not be the client. Notwithstanding the above, Fry will have a duty to the Trustee and the estate not to engage in self-dealing in connection with the Action and to resolve it in a manner that is fair and equitable to both Fry and the Trustee/estate.

3. Fry will be responsible for all legal fees and costs and the Trustee/estate will not be responsible for any such fees and/or costs. The first receipt of any settlement amounts or collection of proceeds of the Action will be used to reimburse Fry for all legal fees and costs that he has incurred and to pay any outstanding fees and costs. The remaining net proceeds shall be paid 65% to Fry and 35% to the Trustee/estate.

The Trustee will request that the Order authorizing the sale not be stayed for 10 days, under Bankruptcy Rule 6004(h), or otherwise.

**Objections or Requests for Hearing**

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed sale or any request for hearing thereon. Any objection to the proposed sale or request for hearing must be filed with the United States Bankruptcy Court, U.S. Bankruptcy Court, San Jose Division, Third Floor, Room 3035, 280 South First Street, San Jose, CA 95113-3099, and served on counsel for the Trustee at the address noted below within 20-days from the mailing of this notice. Any request for hearing or objection to the proposed sale must be accompanied by any declarations or memoranda of law that the party objecting or requesting wishes to present in support of its objection. If no party in interest timely objects to the requested relief or requests a hearing, the Trustee will seek entry of an order approving the sale by default, without further notice and in the absence of an actual hearing. If a timely objection or request for a hearing is made, counsel for the Trustee will give at least 10-days written notice of the hearing to the objecting or requesting party.

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, electronic filing became mandatory in the United States Bankruptcy Court for the Northern District of California. Those persons who may wish to object but are not qualified to file documents electronically with the Bankruptcy Court should check the Bankruptcy Court's website (www.canb.uscourts.gov) for guidance.

DATED: August 11, 2009

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
BARRY MILGROM
Attorneys for Suzanne L. Decker, Chapter 7 Trustee

Barry Milgrom, CSB #99961
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone (415) 356-4600
Facsimile (415) 356-4610
bmilgrom@luce.com

301130002.3

NOTICE OF TRUSTEE'S INTENT TO SELL TERWIN INTEREST AT AUCTION; AND OPPORTUNITY FOR HEARING

\* dba's of the Debtor:
1st Advantage Mortgage, 1st Premier Mortgage, 1st USA Mortgage and Investment, A Better Choice Mortgage, Accepted Mortgage Group, Access Mortgage LLC, Accredited First Financial Mortgage, Accurate Lending, Ace Mortgage, Achill Mortgage, Advantage Funding Group, Aladdin Mortgage, All Valley Mortgage of Clovis, Allied Mortgage, Alpha Mortgage Funding, American Fidelity Mortgage, American Mortgage and Financial Services, American Mortgage Resources, Amoskeag Mortgage, Atlantic Coast Financial Group, Atlantic Liberty Lending, Austinloan.com, Avalon Financial Group, Award Funding, Bay Area Lending, Best Rate Lending, Black Mountain Mortgage, Borrowers Best Mortgage Company, Borrowers Best Mortgage MAC, Borrowers Best Mortgage MAC 2, Buyers Advantage Home Lending, Buchalter Nemer, California Mortgage Alliance, Capital Lending House, Capitol Mortgage, Central Coast Mortgage, Citinet Lending, City Wide Mortgage, CityLine Financial, CJ Mortgage, Clear Sky Lending, Colorado Community Lending, Community Lending Group, Community Lending of Greater Chattanooga, Community Lending of Las Vegas, Community Mortgage America, Community Mortgage Lending, Community Mortgage Planners, ComUnity Lending, ComUnity Lending, Incorporated , Consultants West, Consumers Choice Mortgage, CopperTree Lending, Cornerstone Capital, Coronado Mortgage, Creative Mortgage Solutions, Credit Flex, Cross Mortgage, Crystal Clear Mortgage, Definitive Financial, Desert Sound Financial Group, Direct Funder, Direct Home Lending, Dream Mortgage, Everquest Mortgage, F3 Lending Group, Fidelity Mutual Financial, Financialgroup Mortgage, First Assurance Mortgage, First Choice Financial Group, First Choice Funding, First Option Mortgage, First Rate Mortgage, Franklin Mortgage Group, G.I. Home Loans, Gemini Mortgage, Genesis Lending Group, Gold Star Mortgage, Good Life Financial, Heartland Mortgage Group, Hemet Mortgage, High Q Mortgage Solutions, Home Financial, Home Lending Team, Home Loan Cafe, Home Loan Online, HomeFindersCenter.com, Homefront Financial, House Mart, Ida's Direct Mortgage, Illinois Community Lending, Imani Mortgage, Infinity Capital Lending, InstaLoan Approval, J & L Lending, J&H Associates Mortgage Grp, Jay Royal Mortgage Lending, JEI Mortgage Services, JMAC Lending, JMC Financial, Keystone Lending, Land America Mortgage, Latte Stone Mortgage, Lender for Life Mortgage, LFC Lending, Lighthouse Mortgage, Lion Funding Group, Loan Services, LoanAxis.net , LoanSmart Lending, Louisiana Community Lending, Maxxim Mortgage, Metro Home Loans, MGM Financial, Midwest Equity Financial Services, Midwest Lending Source, Millenium First Funding, Missouri Home Lenders, Mortgage Funding Servicing, Mortgage Initiative, Mortgage Lending Solutions, Mortgage Lending Source, Mortgage MD, Mortgage Only, Mortgage Partners, Mortgage Providers, Mortgage Services of Tallahassee, MortgageTown Direct, Mountain Point Mortgage, MTS Home Loans, National Mortgage, New Egland Alliance Mortgage, Noble Lending Group, Northeast Community Lending, Number 1 Mortgage, Ohio Community Lending, Olde Country Fair Mortgage, Omega Mortgage Group, On The Move Mortgage Services, Pacific Capital Mortgage, Pacific Lending Group, Paradigm Home Lending, Paradigm Home Mortagage, Paradise Financial Mortgage, Paramount Home Lending Network, Patriot Home Loans, Pennica Lending Group, Phoenix Capital Group, Pine Star Mortgage, Preferred Funding, Premier Capital Mortgage, Premier Direct Lending, Premier Lending Group, Premiere Lending Co., Prestige Funding Group, Prime Rate Mtg, Primestar Lending, Priority One Lending, Provident Lending, Quality Mortgage Services, Residential Funding, Rockview Lending Group, SA Taft, San Jose Wholesale, Satisfaction Mortgage, Security National Lending, Select Mortgage Services, Signature Lending, Skyline Funding, Source Funding Group, Southern Community Mortgage, Southwest Capital Funding, Special Forces Mortgage, Speedy Lending Group, SRA Mortgage, Summit Community Lending, Superior Mortgage, Texas Residential Lending, Texline Mortgage, The Loan Arrangers, The Mortgage Center of Tucson, The Mortgage Channel, The Principle Lending, Three Rivers Mortgage, Titan Financial Group, TL Mortgage, Tri State Community Lending, UEX Financial, Union Lending, Unity Lending, Universal Financial Group, Universal Lending, Universal Lending of Elk Grove, Universal Valley Mortgage, Unlimited Mortgage Service, Urbana Mortgage, Valley Mortgage, Valley Wide Home Loans, Victoria Mtg, Victory Lending, Virginia Community Lending, Wardley Mortgage, West Avenue Mortgage, West Coast Community Lending, Windsor Lending, Your Lowest Mortgage, Zenith Financial Services

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 3 | 280 South First Street, Room 268 |
| | San Jose, CA  95113 |
| 4 | |
| 5 | Suzanne L. Decker |
| | Trustee in Bankruptcy |
| 6 | 1271 Washington Avenue, #318 |
| | San Leandro, CA 94577 |
| 7 | |
| 8 | Barry Milgrom |
| | Luce, Forward, Hamilton & Scripps LLP |
| 9 | Rincon Center II |
| | 121 Spear Street, Suite 200 |
| 10 | San Francisco, CA 94105-1582 |

301149929.1

1

Case: 08-50030    Doc# 345    Filed: 09/30/09    Entered: 09/30/09 17:05:55    Page 7 of 8

* dba's of the Debtor:
1st Advantage Mortgage, 1st Premier Mortgage, 1st USA Mortgage and Investment, A Better Choice Mortgage, Accepted Mortgage Group, Access Mortgage LLC, Accredited First Financial Mortgage, Accurate Lending, Ace Mortgage, Achill Mortgage, Advantage Funding Group, Aladdin Mortgage, All Valley Mortgage of Clovis, Allied Mortgage, Alpha Mortgage Funding, American Fidelity Mortgage, American Mortgage and Financial Services, American Mortgage Resources, Amoskeag Mortgage, Atlantic Coast Financial Group, Atlantic Liberty Lending, Austinloan.com, Avalon Financial Group, Award Funding, Bay Area Lending, Best Rate Lending, Black Mountain Mortgage, Borrowers Best Mortgage Company, Borrowers Best Mortgage MAC, Borrowers Best Mortgage MAC 2, Buyers Advantage Home Lending, Buchalter Nemer, California Mortgage Alliance, Capital Lending House, Capitol Mortgage, Central Coast Mortgage, Citinet Lending, City Wide Mortgage, CityLine Financial, CJ Mortgage, Clear Sky Lending, Colorado Community Lending, Community Lending Group, Community Lending of Greater Chattanooga, Community Lending of Las Vegas, Community Mortgage America, Community Mortgage Lending, Community Mortgage Planners, ComUnity Lending, ComUnity Lending, Incorporated , Consultants West, Consumers Choice Mortgage, CopperTree Lending, Cornerstone Capital, Coronado Mortgage, Creative Mortgage Solutions, Credit Flex, Cross Mortgage, Crystal Clear Mortgage, Definitive Financial, Desert Sound Financial Group, Direct Funder, Direct Home Lending, Dream Mortgage, Everquest Mortgage, F3 Lending Group, Fidelity Mutual Financial, Financialgroup Mortgage, First Assurance Mortgage, First Choice Financial Group, First Choice Funding, First Option Mortgage, First Rate Mortgage, Franklin Mortgage Group, G.I. Home Loans, Gemini Mortgage, Genesis Lending Group, Gold Star Mortgage, Good Life Financial, Heartland Mortgage Group, Hemet Mortgage, High Q Mortgage Solutions, Home Financial, Home Lending Team, Home Loan Cafe, Home Loan Online, HomeFindersCenter.com, Homefront Financial, House Mart, Ida's Direct Mortgage, Illinois Community Lending, Imani Mortgage, Infinity Capital Lending, InstaLoan Approval, J & L Lending, J&H Associates Mortgage Grp, Jay Royal Mortgage Lending, JEI Mortgage Services, JMAC Lending, JMC Financial, Keystone Lending, Land America Mortgage, Latte Stone Mortgage, Lender for Life Mortgage, LFC Lending, Lighthouse Mortgage, Lion Funding Group, Loan Services, LoanAxis.net , LoanSmart Lending, Louisiana Community Lending, Maxxim Mortgage, Metro Home Loans, MGM Financial, Midwest Equity Financial Services, Midwest Lending Source, Millenium First Funding, Missouri Home Lenders, Mortgage Funding Servicing, Mortgage Initiative, Mortgage Lending Solutions, Mortgage Lending Source, Mortgage MD, Mortgage Only, Mortgage Partners, Mortgage Providers, Mortgage Services of Tallahassee, MortgageTown Direct, Mountain Point Mortgage, MTS Home Loans, National Mortgage, New Egland Alliance Mortgage, Noble Lending Group, Northeast Community Lending, Number 1 Mortgage, Ohio Community Lending, Olde Country Fair Mortgage, Omega Mortgage Group, On The Move Mortgage Services, Pacific Capital Mortgage, Pacific Lending Group, Paradigm Home Lending, Paradigm Home Mortagage, Paradise Financial Mortgage, Paramount Home Lending Network, Patriot Home Loans, Pennica Lending Group, Phoenix Capital Group, Pine Star Mortgage, Preferred Funding, Premier Capital Mortgage, Premier Direct Lending, Premier Lending Group, Premiere Lending Co., Prestige Funding Group, Prime Rate Mtg, Primestar Lending, Priority One Lending, Provident Lending, Quality Mortgage Services, Residential Funding, Rockview Lending Group, SA Taft, San Jose Wholesale, Satisfaction Mortgage, Security National Lending, Select Mortgage Services, Signature Lending, Skyline Funding, Source Funding Group, Southern Community Mortgage, Southwest Capital Funding, Special Forces Mortgage, Speedy Lending Group, SRA Mortgage, Summit Community Lending, Superior Mortgage, Texas Residential Lending, Texline Mortgage, The Loan Arrangers, The Mortgage Center of Tucson, The Mortgage Channel, The Principle Lending, Three Rivers Mortgage, Titan Financial Group, TL Mortgage, Tri State Community Lending, UEX Financial, Union Lending, Unity Lending, Universal Financial Group, Universal Lending, Universal Lending of Elk Grove, Universal Valley Mortgage, Unlimited Mortgage Service, Urbana Mortgage, Valley Mortgage, Valley Wide Home Loans, Victoria Mtg, Victory Lending, Virginia Community Lending, Wardley Mortgage, West Avenue Mortgage, West Coast Community Lending, Windsor Lending, Your Lowest Mortgage, Zenith Financial Services

Case: 08-50030    Doc# 345    Filed: 09/30/09    Entered: 09/30/09 17:05:55    Page 8 of 8