JOHN W. RICHARDSON
2941 PARK AVENUE, SUITE H
SOQUEL, CA 95073
(831) 475-2404
Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| In re: | Case No. 08-50030 |
|---|---|
| COMUNITY LENDING, INCORPORATED | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $44,489.39. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 213OMNI | TERWIN ADVISORS, LLC DBA THE WINTER GROUP<br>ATTN: SCOTT A DE LA VEGA<br>P.O. BOX 100217<br>STATEN ISLAND, NY 10310 | $1,449,005.18 | $44,489.39 |
| | Total Unclaimed Dividends: | | $44,489.39 |

Dated: September 9, 2014

JOHN W. RICHARDSON, TRUSTEE