UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )  Case No. 08-50030
ComUnity Lending, Incorporated )
) Chapter No. 7
)
)
) Application for Unclaimed Dividends
Debtor(s) ) and Certificate of Service
)

I am applying for funds in the amount of $ 152,371.89 which have been paid into the court by the trustee in this case for the following creditor.

    Name Countrywide Home Loans, Inc.

    Address C/o Bank of America, 125 Dupont Dr., Providence, RI 02907

    Last four digits of SS# or Tax ID# 1719

Please check the appropriate box.

___ I am the creditor named above.

___ I hold an ownership interest of _____% in the creditor and my ownership interest is that of _____ (e.g. sole proprietorship, partner, stockholder). I have authority from any and all other parties holding an ownership interest in the creditor to collect funds on behalf of the creditor.

___ I am an employee of the creditor named above and my title is_____.
I am authorized by the creditor to file this application and have attached an authorization to collect on behalf of the creditor because I am not an officer of the company or corporation.

X I am the legal representative for the creditor named above. I have a attached an original, notarized power of attorney which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. An **original** business card is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf of the creditor is attached if the claimant is not an officer of the company or corporation.

___ I am a successor in interest, or its legal representative (legal representatives must attach a power of attorney as described above) and I have attached documentation which establishes my right to make this claim. Please provide a brief history of the creditor named above and attach documents that clearly establish that the unclaimed funds are included in any sale, merger, transfer or acquisition.

___ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

___ None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because:

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

On 02/13/15, I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I understand that pursuant to 18 U.S.C. section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

*I certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.*

_[signed: Robert Kelly]_
Signature of Creditor/Claimant

Post Office Box 462,
Spring Lake, NJ 07762

Address of Creditor/Claimant

Robert V. Kelly
Typed or Printed Name

(732) 282-1976
Telephone Number of Creditor/Claimant

02/13/15
Date

fundsrecov@gmail.com
E-mail Address of Creditor/Claimant

NOTARY    Sworn to and subscribed before me this 13th day of February, 2015

_[signed: Michael Mills]_

MICHAEL T. MILLS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/22/2018