Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

**In re Debtor(s):**

ComUnity Lending, Incorporated
dba  1st Premier Mortgage
dba  1st USA Mortgage and Investment
dba  A Better Choice Mortgage
dba  Accepted Mortgage Group
dba  Access Mortgage LLC
dba  Accredited First Financial Mortgage
dba  Accurate Lending
dba  Ace Mortgage
dba  Achill Mortgage
dba  Advantage Funding Group
dba  Aladdin Mortgage
dba  All Valley Mortgage of Clovis
dba  Allied Mortgage
dba  Alpha Mortgage Funding
dba  American Fidelity Mortgage
dba  American Mortgage and Financial
dba  Services
dba  American Mortgage Resources
dba  Amoskeag Mortgage
dba  Atlantic Coast Financial Group
dba  Atlantic Liberty Lending
dba  Austinloan.com
dba  Avalon Financial Group
dba  Award Funding
dba  Bay Area Lending
dba  Best Rate Lending
dba  Black Mountain Mortgage
dba  Borrowers Best Mortgage Company
dba  Borrowers Best Mortgage MAC 2
dba  Buyers Advantage Home Lending
dba  California Mortgage Alliance
dba  Capital Lending House
dba  Capitol Mortgage
dba  Central Coast Mortgage
dba  Citinet Lending
dba  City Wide Mortgage
dba  CityLine Financial
dba  CJ Mortgage
dba  Clear Sky Lending
dba  Colorado Community Lending
dba  Community Lending Group
dba  Community Lending of Greater
dba  Chattanooga
dba  Community Lending of Las Vegas
dba  Community Mortgage America
dba  Community Mortgage Lending
dba  Community Mortgage Planners
dba  ComUnity Lending
dba  Consultants West
dba  Consumers Choice Mortgage
dba  CopperTree Lending
dba  Cornerstone Capital
dba  Coronado Mortgage
dba  Creative Mortgage Solutions
dba  Credit Flex
dba  Cross Mortgage

Case No.: 08–50030 MEH 7
Chapter: 7

dba  Crystal Clear Mortgage
dba  Definitive Financial
dba  Desert Sound Financial Group
dba  Direct Funder
dba  Direct Home Lending
dba  Dream Mortgage
dba  F3 Lending Group
dba  Fidelity Mutual Financial
dba  Financialgroup Mortgage
dba  First Assurance Mortgage
dba  First Choice Financial Group
dba  First Option Mortgage
dba  First Rate Mortgage
dba  Franklin Mortgage Group
dba  G.I. Home Loans
dba  Gemini Mortgage
dba  Genesis Lending Group
dba  Gold Star Mortgage
dba  Good Life Financial
dba  Heartland Mortgage Group
dba  Hemet Mortgage
dba  High Q Mortgage Solutions
dba  Home Financial
dba  Home Lending Team
dba  Home Loan Online
dba  HomeFindersCenter.com
dba  House Mart
dba  Ida's Direct Mortgage
dba  Illinois Community Lending
dba  Imani Mortgage
dba  Infinity Capital Lending
dba  InstaLoan Approval
dba  J & L Lending
dba  J&H Associates Mortgage Grp
dba  Jay Royal Mortgage Lending
dba  JEI Mortgage Services
dba  JMAC Lending
dba  JMC Financial
dba  Keystone Lending
dba  Land America Mortgage
dba  Latte Stone Mortgage
dba  Lender for Life Mortgage
dba  LFC Lending
dba  Lighthouse Mortgage
dba  Lion Funding Group
dba  Loan Services
dba  LoanAxis.net
dba  1st Advantage Mortgage
dba  LoanSmart Lending
dba  Home Loan Cafe
dba  Louisiana Community Lending
dba  Maxxim Mortgage
dba  Metro Home Loans
dba  MGM Financial
dba  Midwest Equity Financial Services
dba  Midwest Lending Source
dba  Millenium First Funding
dba  Missouri Home Lenders
dba  Mortgage Funding Servicing
dba  Mortgage Initiative
dba  Mortgage Lending Solutions
dba  Mortgage MD
dba  Mortgage Only
dba  Mortgage Partners

dba Mortgage Providers
dba MortgageTown Direct
dba Mountain Point Mortgage
dba MTS Home Loans
dba National Mortgage
dba New Egland Alliance Mortgage
dba Noble Lending Group
dba Northeast Community Lending
dba Number 1 Mortgage
dba Ohio Community Lending
dba Olde Country Fair Mortgage
dba Omega Mortgage Group
dba On The Move Mortgage Services
dba Pacific Lending Group
dba Paradigm Home Lending
dba Paradigm Home Mortagage
dba Paradise Financial Mortgage
dba Paramount Home Lending Network
dba Patriot Home Loans
dba Pennica Lending Group
dba Phoenix Capital Group
dba Pine Star Mortgage
dba Preferred Funding
dba Premier Capital Mortgage
dba Premier Direct Lending
dba Premier Lending Group
dba Prestige Funding Group
dba Prime Rate Mtg
dba Primestar Lending
dba Priority One Lending
dba Provident Lending
dba Quality Mortgage Services
dba Residential Funding
dba Rockview Lending Group
dba SA Taft
dba San Jose Wholesale
dba Satisfaction Mortgage
dba Security National Lending
dba Select Mortgage Services
dba Signature Lending
dba Skyline Funding
dba Source Funding Group
dba Southern Community Mortgage
dba Southwest Capital Funding
dba Special Forces Mortgage
dba Speedy Lending Group
dba SRA Mortgage
dba Summit Community Lending
dba Superior Mortgage
dba Texas Residential Lending
dba Texline Mortgage
dba The Loan Arrangers
dba The Mortgage Center of Tucson
dba The Mortgage Channel
dba The Principle Lending
dba Three Rivers Mortgage
dba Titan Financial Group
dba TL Mortgage
dba Tri State Community Lending
dba UEX Financial
dba Union Lending
dba Unity Lending
dba Universal Financial Group
dba Universal Lending

dba   Universal Lending of Elk Grove
dba   Universal Valley Mortgage
dba   Unlimited Mortgage Service
dba   Urbana Mortgage
dba   Valley Mortgage
dba   Valley Wide Home Loans
dba   Victoria Mtg
dba   Victory Lending
dba   Virginia Community Lending
dba   Wardley Mortgage
dba   West Avenue Mortgage
dba   West Coast Community Lending
dba   Windsor Lending
dba   Your Lowest Mortgage
dba   Zenith Financial Services
dba   Mortgage Services of Tallahassee
dba   Borrowers Best Mortgage MAC
dba   Everquest Mortgage
dba   First Choice Funding
dba   Homefront Financial
dba   Mortgage Lending Source
       Pacific Capital Mortgage
       Premiere Lending Co.

## Notice of Deficient Application for Unclaimed Dividends

CLAIMANT: Attorney Mortgage Recovery Law Group, LLC,      CLAIM: 63,374.82
Creditor FDIC

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
☐ The Affidavit was not submitted.
☐ The Affidavit was not signed.
☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: Please provide a proof of claim.


The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 4/22/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao


Dated: 3/24/16                           For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
　(415)268–2344
　Chris_Gundayao@canb.uscourts.gov