```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                                Case No. 08-50030-MEH
ComUnity Lending, Incorporated                                        Chapter 7
         Debtor               **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: cgundayao          Page 1 of 3          Date Rcvd: Mar 24, 2016
                              Form ID: NUCF            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2016.
fdlctr         +American Property Locators,    3855 S. Boulevard,   Suite 200,   Edmond, OK 73013-5499
cr              Lexia LLC as successor to Shinsei Capital (USA), L,    c/o Shinsei Bank, LTD,
                 4-3 Nihonbashi-muromachi 2 chrome,   Chuo-ku, Tokyo,    JAPAN 103-8303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2016 at the address(es) listed below:
              Barry   Milgrom    on behalf of Trustee Suzanne   Decker bmilgrom@mckennalong.com,
               wowen@mckennalong.com
              Barry   Milgrom    on behalf of Debtor    ComUnity Lending, Incorporated bmilgrom@mckennalong.com,
               wowen@mckennalong.com
              Barry   Milgrom    on behalf of Trustee John W. Richardson bmilgrom@mckennalong.com,
               wowen@mckennalong.com
              Brielyn   Atwater    on behalf of Creditor    Bank of America, N.A. bknotice@mccarthyholthus.com
              Candee   Lucas    on behalf of Interested Party W. Darryl Fry cllucasdlf@gmail.com
              Casper J. Rankin    on behalf of Creditor    GMAC Mortgage, LLC ecfcanb@aldridgepite.com,
               CJR@ecf.inforuptcy.com
              Daniel K. Fujimoto    on behalf of Requestor    Citibank, N.A., as Trustee, for the benefit of
               registered holders of Structured Asset Mortgage Investments II Trust 2007-AR2, Mortgage
               Pass-Through Certificates, Series 2007-AR2 wdk@wolffirm.com,  faxes@wolffirm.com
              Daniel K. Fujimoto    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates
               wdk@wolffirm.com,  faxes@wolffirm.com
              Daniel K. Fujimoto    on behalf of Requestor    U.S. Bank N.A., as trustee, on behalf of the
               holders of of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates
               wdk@wolffirm.com,  faxes@wolffirm.com
              Darlene C. Vigil    on behalf of Creditor    OneWest Bank, FSB its assigns and/or successors in
               interest ndcaecf@BDFGroup.com
              Darlene C. Vigil    on behalf of Creditor    Wells Fargo Bank, N.A. successor by merger to Wells
               Fargo Home Mortgage, Inc. its assigns and/or successors in interest ndcaecf@BDFGroup.com
              Debra I. Grassgreen    on behalf of Creditor    World Financial Group hphan@pszjlaw.com
              Derrick   Talerico    on behalf of Creditor    Merrill Lynch and Co., Inc. DTalerico@lntlaw.com
              Diana D. Herman    on behalf of Trustee John W. Richardson ddherman@comerica.com
              Doris A. Kaelin    on behalf of Spec. Counsel Doris A. Kaelin dkaelin@murraylaw.com
              Doris A. Kaelin    on behalf of Debtor    ComUnity Lending, Incorporated dkaelin@murraylaw.com
              Doris A. Kaelin    C139@ecfbis.com
              Doris A. Kaelin    on behalf of Trustee Other Prof    Diablo Management Group, Inc.
               dkaelin@murraylaw.com
              Doris A. Kaelin    on behalf of Debtor    LES Liquidation, Inc. dkaelin@murraylaw.com
              Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frederick D. Holden    on behalf of Creditor    IndyMac Bank, F.S.B. cflores@orrick.com
              Heinz   Binder    on behalf of Interested Party Gwendolynn   Tyler heinz@bindermalter.com
              Heinz   Binder    on behalf of Interested Party W. Darryl Fry heinz@bindermalter.com
              Henry H. Oh    on behalf of Interested Party    Oseberg Asset Management LLC hoh@soollp.com
              Henry S. David    on behalf of Creditor Marjorie   Brooks hdavid@davidfirm.com
              Ivan C. Jen    on behalf of Debtor    ComUnity Lending, Incorporated ivan@icjenlaw.com
              Jay D. Crom    jcrom@bachcrom.com
              Jeffrey K. Garfinkle    on behalf of Spec. Counsel    Buchalter Nemer, P.C. jgarfinkle@buchalter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jeffrey L. Fillerup    on behalf of Plaintiff Suzanne L Decker jfillerup@mckennalong.com
          Jeffrey L. Fillerup    on behalf of Trustee Suzanne  Decker jfillerup@mckennalong.com
          Jennifer C. Hayes     on behalf of Trustee John W. Richardson Jennifer.Hayes@dentons.com,
           Alissa.Worthing@dentons.com
          Jesse L.B. Hill    on behalf of Counter-Defendant Jack  Ferguson jlbhill@aol.com,
           jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Creditor Jack  Ferguson jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Creditor Phyllis  Christich jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Defendant Jeannine  Rupert jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Defendant Janine  Towner jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Defendant Jack  Ferguson jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Creditor Jeannine  Rupert jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Creditor Phyllis  Heinrichs jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Counter-Defendant Katherine Anne Buckmeyer jlbhill@aol.com,
           jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Creditor Janene  Towner jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Interested Party John  Nelson jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Counter-Defendant Katherine  Buckmeyer jlbhill@aol.com,
           jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Creditor Katherine  Buckmeyer jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Counter-Defendant John  Nelson jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Defendant John  Nelson jlbhill@aol.com,   jlbhill@gmail.com
          Jesse L.B. Hill    on behalf of Defendant Phyllis  Christich jlbhill@aol.com,   jlbhill@gmail.com
          John  Acierno    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           Harborview 2006-14 ecfcanb@piteduncan.com
          John S. Wesolowski    on behalf of U.S. Trustee   Office of the U.S. Trustee / SJ
           john.wesolowski@usdoj.gov
          John W. Richardson    jwrttee@earthlink.net, CA42@ecfcbis.com
          John Walshe Murray    on behalf of Debtor   LES Liquidation, Inc. jwmurray@murraylaw.com,
           johnwalshemurray@hotmail.com
          John Walshe Murray    on behalf of Debtor   ComUnity Lending, Incorporated jwmurray@murraylaw.com,
           johnwalshemurray@hotmail.com
          John Walshe Murray    on behalf of Defendant   ComUnity Lending, Incorporated
           jwmurray@murraylaw.com,   johnwalshemurray@hotmail.com
          Jonathan J. Damen    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for Harborview
           Mortgage Loan Trust 2007-3 bknotice@rcolegal.com
          Jonathan J. Damen    on behalf of Requestor   Deutsche Bank National Trust Company As Trustee For
           The Certificateholders Of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
           2007-1 bknotice@rcolegal.com
          Joshua M. Fried    on behalf of Creditor   World Financial Group jfried@pszyjw.com,
           sshoemaker@pszjlaw.com
          Juan D. Walker    on behalf of Interested Party   U.S. Dept. of Housing & Urban Develop.
           Marta.Lombana@varian.com
          Katherine L. Johnson    on behalf of Creditor   Deutsche Bank National Trust Company as Trustee
           for Harborview 2006-14 ecfcanb@piteduncan.com
          Kevin M. Eckhardt    on behalf of Creditor   World Financial Group keckhardt@hunton.com
          Leib  Lerner    on behalf of Creditor   U.S. Bank National Association leib.lerner@alston.com
          Marisol A. Nagata    on behalf of Creditor   Webster Bank its assigns and/or successors in
           interest ndcaecf@BDFGroup.com
          Marisol A. Nagata    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee of
           the IndyMac Indx Mortgage Loan Trust 2006-AR27, Mortgage pass-through certificates, series
           2006-AR27, mortgage pass-through certifcates, series 2006 ndcaecf@BDFGroup.com
          Matthew  Borden    on behalf of Counter-Defendant Hung Perry Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Counter-Defendant Mai  Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Defendant Christopher  Hake borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Plaintiff Joyce  Freeman borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Interested Party   Countrywide Home Loans, Inc.
           borden@braunhagey.com,   mccoy@braunhagey.com
          Matthew  Borden    on behalf of Counter-Defendant John  Pham borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Counter-Defendant Mai Christina Pham borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Plaintiff John  Pham borden@braunhagey.com,   mccoy@braunhagey.com
          Matthew  Borden    on behalf of Defendant Mai Christina Pham borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Interested Party John  Pham borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Defendant John  Pham borden@braunhagey.com,   mccoy@braunhagey.com
          Matthew  Borden    on behalf of Defendant Hung Perry Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Plaintiff Hung Perry Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew  Borden    on behalf of Interested Party Mai  Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Matthew   Borden    on behalf of Defendant Joyce   Freeman borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew   Borden    on behalf of Interested Party Mai Christina Pham borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew   Borden    on behalf of Counter-Defendant Joyce   Freeman borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew   Borden    on behalf of Plaintiff Mai Christina Pham borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew   Borden    on behalf of Interested Party Hung   Nguyen borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew   Borden    on behalf of Plaintiff Mai   Nguyen borden@braunhagey.com,   mccoy@braunhagey.com
              Matthew   Borden    on behalf of Interested Party Joyce   Freeman borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew   Borden    on behalf of Defendant Mai   Nguyen borden@braunhagey.com,   mccoy@braunhagey.com
              Matthew   Borden    on behalf of Interested Party Christopher   Hake borden@braunhagey.com,
               mccoy@braunhagey.com
              Mike C. Buckley    on behalf of Creditor    IndyMac Federal Bank, F.S.B. mbuckley@reedsmith.com
              Neil S. Tardiff    on behalf of Defendant Jack  Ferguson neil@tardifflaw.com
              Neil S. Tardiff    on behalf of Defendant Jeannine   Rupert neil@tardifflaw.com
              Neil S. Tardiff    on behalf of Defendant Janine   Towner neil@tardifflaw.com
              Neil S. Tardiff    on behalf of Defendant Phyllis   Christich neil@tardifflaw.com
              Neil S. Tardiff    on behalf of Defendant John   Nelson neil@tardifflaw.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,   ltroxas@hotmail.com
              Orlando   Villalba    on behalf of Creditor    IndyMac Bank, F.S.B. ovillalba@mortgagerecoveries.com
              Orlando   Villalba    on behalf of Creditor    IndyMac Federal Bank, F.S.B.
               ovillalba@mortgagerecoveries.com
              Phillip G. Vermont    on behalf of Creditor    Toeniskoetter and Breeding Development Company
               pvermont@randicklaw.com
              Phyllis N. Voisenat    on behalf of Attorney Phyllis   Voisenat pvoisenat@gmail.com
              Rami N. Haddad    on behalf of Debtor    ComUnity Lending, Incorporated bknotice@mccarthyholthus.com
              Richard L. Pierotti    Rpierotti@kpmd.com
              Robert A. Franklin    on behalf of Counter-Claimant    ComUnity Lending, Incorporated
               Franklin.Robert@Dorsey.com,   bobf_94303@yahoo.com
              Robert A. Franklin    on behalf of Debtor    ComUnity Lending, Incorporated bobf_94303@yahoo.com
              Robert A. Franklin    on behalf of Trustee Suzanne   Decker bobf_94303@yahoo.com
              Sandi Meneely Colabianchi    on behalf of Trustee Mohamed   Poonja SColabianchi@gordonrees.com,
               aunderwood@gordonrees.com
              Sheryl L. Moreau    on behalf of Creditor    Missouri Department of Revenue cand@dor.mo.gov
              Steven W. Kelly    on behalf of Creditor    Carr Office Park skelly@s-d.com,   contigugliat@s-d.com
              Suzanne   Decker    on behalf of Trustee Suzanne   Decker suzannedecker@sbcglobal.net,
               sdecker@ecf.epiqsystems.com
              Valerie L. Smith    on behalf of Trustee Mohamed   Poonja vsmith@gordonrees.com,
               ECordero@gordonrees.com
              Yaron   Shaham    on behalf of Creditor    residential funding company ys@severson.com
              Yaron   Shaham    on behalf of Creditor    GMAC Mortgage, LLC ys@severson.com
                                                                                             TOTAL: 108
```

Form NUCF

# UNITED STATES BANKRUPTCY COURT
## *for the*
## Northern District of California

**In re Debtor(s):**

ComUnity Lending, Incorporated
dba 1st Premier Mortgage
dba 1st USA Mortgage and Investment
dba A Better Choice Mortgage
dba Accepted Mortgage Group
dba Access Mortgage LLC
dba Accredited First Financial Mortgage
dba Accurate Lending
dba Ace Mortgage
dba Achill Mortgage
dba Advantage Funding Group
dba Aladdin Mortgage
dba All Valley Mortgage of Clovis
dba Allied Mortgage
dba Alpha Mortgage Funding
dba American Fidelity Mortgage
dba American Mortgage and Financial
dba Services
dba American Mortgage Resources
dba Amoskeag Mortgage
dba Atlantic Coast Financial Group
dba Atlantic Liberty Lending
dba Austinloan.com
dba Avalon Financial Group
dba Award Funding
dba Bay Area Lending
dba Best Rate Lending
dba Black Mountain Mortgage
dba Borrowers Best Mortgage Company
dba Borrowers Best Mortgage MAC 2
dba Buyers Advantage Home Lending
dba California Mortgage Alliance
dba Capital Lending House
dba Capitol Mortgage
dba Central Coast Mortgage
dba Citinet Lending
dba City Wide Mortgage
dba CityLine Financial
dba CJ Mortgage
dba Clear Sky Lending
dba Colorado Community Lending
dba Community Lending Group
dba Community Lending of Greater
dba Chattanooga
dba Community Lending of Las Vegas
dba Community Mortgage America
dba Community Mortgage Lending
dba Community Mortgage Planners
dba ComUnity Lending
dba Consultants West
dba Consumers Choice Mortgage
dba CopperTree Lending
dba Cornerstone Capital
dba Coronado Mortgage
dba Creative Mortgage Solutions
dba Credit Flex
dba Cross Mortgage

Case No.: 08−50030 MEH 7
Chapter: 7

dba Crystal Clear Mortgage
dba Definitive Financial
dba Desert Sound Financial Group
dba Direct Funder
dba Direct Home Lending
dba Dream Mortgage
dba F3 Lending Group
dba Fidelity Mutual Financial
dba Financialgroup Mortgage
dba First Assurance Mortgage
dba First Choice Financial Group
dba First Option Mortgage
dba First Rate Mortgage
dba Franklin Mortgage Group
dba G.I. Home Loans
dba Gemini Mortgage
dba Genesis Lending Group
dba Gold Star Mortgage
dba Good Life Financial
dba Heartland Mortgage Group
dba Hemet Mortgage
dba High Q Mortgage Solutions
dba Home Financial
dba Home Lending Team
dba Home Loan Online
dba HomeFindersCenter.com
dba House Mart
dba Ida's Direct Mortgage
dba Illinois Community Lending
dba Imani Mortgage
dba Infinity Capital Lending
dba InstaLoan Approval
dba J & L Lending
dba J&H Associates Mortgage Grp
dba Jay Royal Mortgage Lending
dba JEI Mortgage Services
dba JMAC Lending
dba JMC Financial
dba Keystone Lending
dba Land America Mortgage
dba Latte Stone Mortgage
dba Lender for Life Mortgage
dba LFC Lending
dba Lighthouse Mortgage
dba Lion Funding Group
dba Loan Services
dba LoanAxis.net
dba 1st Advantage Mortgage
dba LoanSmart Lending
dba Home Loan Cafe
dba Louisiana Community Lending
dba Maxxim Mortgage
dba Metro Home Loans
dba MGM Financial
dba Midwest Equity Financial Services
dba Midwest Lending Source
dba Millenium First Funding
dba Missouri Home Lenders
dba Mortgage Funding Servicing
dba Mortgage Initiative
dba Mortgage Lending Solutions
dba Mortgage MD
dba Mortgage Only
dba Mortgage Partners

dba Mortgage Providers
dba MortgageTown Direct
dba Mountain Point Mortgage
dba MTS Home Loans
dba National Mortgage
dba New Egland Alliance Mortgage
dba Noble Lending Group
dba Northeast Community Lending
dba Number 1 Mortgage
dba Ohio Community Lending
dba Olde Country Fair Mortgage
dba Omega Mortgage Group
dba On The Move Mortgage Services
dba Pacific Lending Group
dba Paradigm Home Lending
dba Paradigm Home Mortagage
dba Paradise Financial Mortgage
dba Paramount Home Lending Network
dba Patriot Home Loans
dba Pennica Lending Group
dba Phoenix Capital Group
dba Pine Star Mortgage
dba Preferred Funding
dba Premier Capital Mortgage
dba Premier Direct Lending
dba Premier Lending Group
dba Prestige Funding Group
dba Prime Rate Mtg
dba Primestar Lending
dba Priority One Lending
dba Provident Lending
dba Quality Mortgage Services
dba Residential Funding
dba Rockview Lending Group
dba SA Taft
dba San Jose Wholesale
dba Satisfaction Mortgage
dba Security National Lending
dba Select Mortgage Services
dba Signature Lending
dba Skyline Funding
dba Source Funding Group
dba Southern Community Mortgage
dba Southwest Capital Funding
dba Special Forces Mortgage
dba Speedy Lending Group
dba SRA Mortgage
dba Summit Community Lending
dba Superior Mortgage
dba Texas Residential Lending
dba Texline Mortgage
dba The Loan Arrangers
dba The Mortgage Center of Tucson
dba The Mortgage Channel
dba The Principle Lending
dba Three Rivers Mortgage
dba Titan Financial Group
dba TL Mortgage
dba Tri State Community Lending
dba UEX Financial
dba Union Lending
dba Unity Lending
dba Universal Financial Group
dba Universal Lending

dba   Universal Lending of Elk Grove
dba   Universal Valley Mortgage
dba   Unlimited Mortgage Service
dba   Urbana Mortgage
dba   Valley Mortgage
dba   Valley Wide Home Loans
dba   Victoria Mtg
dba   Victory Lending
dba   Virginia Community Lending
dba   Wardley Mortgage
dba   West Avenue Mortgage
dba   West Coast Community Lending
dba   Windsor Lending
dba   Your Lowest Mortgage
dba   Zenith Financial Services
dba   Mortgage Services of Tallahassee
dba   Borrowers Best Mortgage MAC
dba   Everquest Mortgage
dba   First Choice Funding
dba   Homefront Financial
dba   Mortgage Lending Source
        Pacific Capital Mortgage
        Premiere Lending Co.

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Attorney Mortgage Recovery Law Group, LLC,    CLAIM: 63,374.82
Creditor FDIC

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service

☐ The Affidavit was not submitted.

☐ The Affidavit was not signed.

☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☒ Other: Please provide a proof of claim.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 4/22/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: 3/24/16                                    For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
    (415)268−2344
    Chris_Gundayao@canb.uscourts.gov