In re:  
ComUnity Lending, Incorporated  
       Debtor

Case No. 08-50030-MEH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: cgundayao     Page 1 of 3     Date Rcvd: May 16, 2016  
                              Form ID: NWUCF     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2016.  
cr         Lexia LLC as successor to Shinsei Capital (USA), L,    c/o Shinsei Bank, LTD,    4-3 Nihonbashi-muromachi 2 chrome,    Chuo-ku, Tokyo,    JAPAN 103-8303  
        +Nancy McMillan,    APL, Inc.,    3855 South Boulevard, Ste 200,    Edmond, OK 73013-5499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2016                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2016 at the address(es) listed below:

          Barry    Milgrom    on behalf of Trustee Suzanne   Decker bmilgrom@mckennalong.com, wowen@mckennalong.com  
          Barry    Milgrom    on behalf of Debtor    ComUnity Lending, Incorporated bmilgrom@mckennalong.com, wowen@mckennalong.com  
          Barry    Milgrom    on behalf of Trustee John W. Richardson bmilgrom@mckennalong.com, wowen@mckennalong.com  
          Brielyn Atwater    on behalf of Creditor    Bank of America, N.A. bknotice@mccarthyholthus.com  
          Candee   Lucas    on behalf of Interested Party W. Darryl Fry cllucasdlf@gmail.com  
          Casper J. Rankin    on behalf of Creditor    GMAC Mortgage, LLC ecfcanb@aldridgepite.com, CJR@ecf.inforuptcy.com  
          Daniel K. Fujimoto    on behalf of Requestor    Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments II Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-AR2 wdk@wolffirm.com, faxes@wolffirm.com  
          Daniel K. Fujimoto    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates wdk@wolffirm.com, faxes@wolffirm.com  
          Daniel K. Fujimoto    on behalf of Requestor    U.S. Bank N.A., as trustee, on behalf of the holders of of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates wdk@wolffirm.com, faxes@wolffirm.com  
          Darlene C. Vigil    on behalf of Creditor    OneWest Bank, FSB its assigns and/or successors in interest ndcaecf@BDFGroup.com  
          Darlene C. Vigil    on behalf of Creditor    Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. its assigns and/or successors in interest ndcaecf@BDFGroup.com  
          Debra I. Grassgreen    on behalf of Creditor    World Financial Group hphan@pszjlaw.com  
          Derrick   Talerico    on behalf of Creditor    Merrill Lynch and Co., Inc. DTalerico@lntlaw.com  
          Diana D. Herman    on behalf of Trustee John W. Richardson ddherman@comerica.com  
          Doris A. Kaelin    on behalf of Spec. Counsel Doris A. Kaelin dkaelin@murraylaw.com  
          Doris A. Kaelin    on behalf of Debtor    ComUnity Lending, Incorporated dkaelin@murraylaw.com  
          Doris A. Kaelin    C139@ecfbis.com  
          Doris A. Kaelin    on behalf of Trustee Other Prof    Diablo Management Group, Inc. dkaelin@murraylaw.com  
          Doris A. Kaelin    on behalf of Debtor    LES Liquidation, Inc. dkaelin@murraylaw.com  
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com  
          Frederick D. Holden    on behalf of Creditor    IndyMac Bank, F.S.B. cflores@orrick.com  
          Heinz   Binder    on behalf of Interested Party Gwendolynn   Tyler heinz@bindermalter.com  
          Heinz   Binder    on behalf of Interested Party W. Darryl Fry heinz@bindermalter.com  
          Henry H. Oh    on behalf of Interested Party    Oseberg Asset Management LLC hoh@soollp.com  
          Henry S. David    on behalf of Creditor Marjorie   Brooks hdavid@davidfirm.com  
          Ivan C. Jen    on behalf of Debtor    ComUnity Lending, Incorporated ivan@icjenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jay D. Crom    jcrom@bachcrom.com
              Jeffrey K. Garfinkle    on behalf of Spec. Counsel    Buchalter Nemer, P.C. jgarfinkle@buchalter.com
              Jeffrey L. Fillerup    on behalf of Plaintiff Suzanne L Decker jfillerup@mckennalong.com
              Jeffrey L. Fillerup    on behalf of Trustee Suzanne Decker jfillerup@mckennalong.com
              Jennifer C. Hayes    on behalf of Trustee John W. Richardson Jennifer.Hayes@dentons.com,
               Alissa.Worthing@dentons.com
              Jesse L.B. Hill    on behalf of Counter-Defendant Jack  Ferguson jlbhill@aol.com,
               jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Creditor Jack  Ferguson jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Creditor Phyllis  Christich jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Defendant Jeannine  Rupert jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Defendant Janine  Towner jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Defendant Jack  Ferguson jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Creditor Jeannine  Rupert jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Creditor Phyllis  Heinrichs jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Counter-Defendant Katherine Anne Buckmeyer jlbhill@aol.com,
               jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Creditor Janene  Towner jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Interested Party John  Nelson jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Counter-Defendant Katherine  Buckmeyer jlbhill@aol.com,
               jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Creditor Katherine  Buckmeyer jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Counter-Defendant John  Nelson jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Defendant John  Nelson jlbhill@aol.com,  jlbhill@gmail.com
              Jesse L.B. Hill    on behalf of Defendant Phyllis  Christich jlbhill@aol.com,  jlbhill@gmail.com
              John  Acierno    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Harborview 2006-14 ecfcanb@piteduncan.com
              John S. Wesolowski    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ
               john.wesolowski@usdoj.gov
              John W. Richardson    jwrttee@earthlink.net, CA42@ecfcbis.com
              John Walshe Murray    on behalf of Debtor    LES Liquidation, Inc. jwmurray@murraylaw.com,
               johnwalshemurray@hotmail.com
              John Walshe Murray    on behalf of Debtor    ComUnity Lending, Incorporated jwmurray@murraylaw.com,
               johnwalshemurray@hotmail.com
              John Walshe Murray    on behalf of Defendant    ComUnity Lending, Incorporated
               jwmurray@murraylaw.com,  johnwalshemurray@hotmail.com
              Jonathan J. Damen    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Harborview
               Mortgage Loan Trust 2007-3 bknotice@rcolegal.com
              Jonathan J. Damen    on behalf of Requestor    Deutsche Bank National Trust Company As Trustee For
               The Certificateholders Of IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series
               2007-1 bknotice@rcolegal.com
              Joshua M. Fried    on behalf of Creditor    World Financial Group jfried@pszyjw.com,
               sshoemaker@pszjlaw.com
              Juan D. Walker    on behalf of Interested Party    U.S. Dept. of Housing & Urban Develop.
               Marta.Lombana@varian.com
              Katherine L. Johnson    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee
               for Harborview 2006-14 ecfcanb@piteduncan.com
              Kevin M. Eckhardt    on behalf of Creditor    World Financial Group keckhardt@hunton.com
              Leib  Lerner    on behalf of Creditor    U.S. Bank National Association leib.lerner@alston.com
              Marisol A. Nagata    on behalf of Creditor    Webster Bank its assigns and/or successors in
               interest ndcaecf@BDFGroup.com
              Marisol A. Nagata    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
               the IndyMac Indx Mortgage Loan Trust 2006-AR27, Mortgage pass-through certificates, series
               2006-AR27, mortgage pass-through certifcates, series 2006 ndcaecf@BDFGroup.com
              Matthew  Borden    on behalf of Counter-Defendant Hung Perry Nguyen borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Counter-Defendant Mai  Nguyen borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Defendant Christopher  Hake borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Plaintiff Joyce  Freeman borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Interested Party    Countrywide Home Loans, Inc.
               borden@braunhagey.com,  mccoy@braunhagey.com
              Matthew  Borden    on behalf of Counter-Defendant John  Pham borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Counter-Defendant Mai Christina Pham borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Plaintiff John  Pham borden@braunhagey.com,  mccoy@braunhagey.com
              Matthew  Borden    on behalf of Defendant Mai Christina Pham borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Interested Party John  Pham borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Defendant John  Pham borden@braunhagey.com,  mccoy@braunhagey.com
              Matthew  Borden    on behalf of Defendant Hung Perry Nguyen borden@braunhagey.com,
               mccoy@braunhagey.com
              Matthew  Borden    on behalf of Plaintiff Hung Perry Nguyen borden@braunhagey.com,
               mccoy@braunhagey.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Matthew   Borden    on behalf of Interested Party Mai  Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Defendant Joyce  Freeman borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Interested Party Mai Christina Pham borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Counter-Defendant Joyce  Freeman borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Plaintiff Mai Christina Pham borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Interested Party Hung  Nguyen borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Plaintiff Mai  Nguyen borden@braunhagey.com,  mccoy@braunhagey.com
          Matthew   Borden    on behalf of Interested Party Joyce  Freeman borden@braunhagey.com,
           mccoy@braunhagey.com
          Matthew   Borden    on behalf of Defendant Mai  Nguyen borden@braunhagey.com,  mccoy@braunhagey.com
          Matthew   Borden    on behalf of Interested Party Christopher  Hake borden@braunhagey.com,
           mccoy@braunhagey.com
          Mike C. Buckley    on behalf of Creditor    IndyMac Federal Bank, F.S.B. mbuckley@reedsmith.com
          Neil S. Tardiff    on behalf of Defendant Jack  Ferguson neil@tardifflaw.com
          Neil S. Tardiff    on behalf of Defendant Jeannine  Rupert neil@tardifflaw.com
          Neil S. Tardiff    on behalf of Defendant Janine  Towner neil@tardifflaw.com
          Neil S. Tardiff    on behalf of Defendant Phyllis  Christich neil@tardifflaw.com
          Neil S. Tardiff    on behalf of Defendant John  Nelson neil@tardifflaw.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
          Orlando  Villalba    on behalf of Creditor    IndyMac Bank, F.S.B. ovillalba@mortgagerecoveries.com
          Orlando  Villalba    on behalf of Creditor    IndyMac Federal Bank, F.S.B.
           ovillalba@mortgagerecoveries.com
          Phillip G. Vermont    on behalf of Creditor    Toeniskoetter and Breeding Development Company
           pvermont@randicklaw.com
          Phyllis N. Voisenat    on behalf of Attorney Phyllis  Voisenat pvoisenat@gmail.com
          Rami N. Haddad    on behalf of Debtor    ComUnity Lending, Incorporated bknotice@mccarthyholthus.com
          Richard L. Pierotti    Rpierotti@kpmd.com
          Robert A. Franklin    on behalf of Counter-Claimant    ComUnity Lending, Incorporated
           Franklin.Robert@Dorsey.com,  bobf_94303@yahoo.com
          Robert A. Franklin    on behalf of Debtor    ComUnity Lending, Incorporated bobf_94303@yahoo.com
          Robert A. Franklin    on behalf of Trustee Suzanne  Decker bobf_94303@yahoo.com
          Sandi Meneely Colabianchi    on behalf of Trustee Mohamed  Poonja SColabianchi@gordonrees.com,
           aunderwood@gordonrees.com
          Sheryl L. Moreau    on behalf of Creditor    Missouri Department of Revenue cand@dor.mo.gov
          Steven W. Kelly    on behalf of Creditor    Carr Office Park skelly@s-d.com,  contigugliat@s-d.com
          Suzanne  Decker    on behalf of Trustee Suzanne  Decker suzannedecker@sbcglobal.net,
           sdecker@ecf.epiqsystems.com
          Valerie L. Smith    on behalf of Trustee Mohamed  Poonja vsmith@gordonrees.com,
           ECordero@gordonrees.com
          Yaron  Shaham    on behalf of Creditor    residential funding company ys@severson.com
          Yaron  Shaham    on behalf of Creditor    GMAC Mortgage, LLC ys@severson.com
                                                                                             TOTAL: 108
```

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 08–50030 MEH 7 |
| | Chapter: 7 |
| ComUnity Lending, Incorporated | |

dba  1st Premier Mortgage
dba  1st USA Mortgage and Investment
dba  A Better Choice Mortgage
dba  Accepted Mortgage Group
dba  Access Mortgage LLC
dba  Accredited First Financial Mortgage
dba  Accurate Lending
dba  Ace Mortgage
dba  Achill Mortgage
dba  Advantage Funding Group
dba  Aladdin Mortgage
dba  All Valley Mortgage of Clovis
dba  Allied Mortgage
dba  Alpha Mortgage Funding
dba  American Fidelity Mortgage
dba  American Mortgage and Financial
dba  Services
dba  American Mortgage Resources
dba  Amoskeag Mortgage
dba  Atlantic Coast Financial Group
dba  Atlantic Liberty Lending
dba  Austinloan.com
dba  Avalon Financial Group
dba  Award Funding
dba  Bay Area Lending
dba  Best Rate Lending
dba  Black Mountain Mortgage
dba  Borrowers Best Mortgage Company
dba  Borrowers Best Mortgage MAC 2
dba  Buyers Advantage Home Lending
dba  California Mortgage Alliance
dba  Capital Lending House
dba  Capitol Mortgage
dba  Central Coast Mortgage
dba  Citinet Lending
dba  City Wide Mortgage
dba  CityLine Financial
dba  CJ Mortgage
dba  Clear Sky Lending
dba  Colorado Community Lending
dba  Community Lending Group
dba  Community Lending of Greater
dba  Chattanooga
dba  Community Lending of Las Vegas
dba  Community Mortgage America
dba  Community Mortgage Lending
dba  Community Mortgage Planners
dba  ComUnity Lending
dba  Consultants West
dba  Consumers Choice Mortgage
dba  CopperTree Lending
dba  Cornerstone Capital
dba  Coronado Mortgage
dba  Creative Mortgage Solutions
dba  Credit Flex

dba  Cross Mortgage
dba  Crystal Clear Mortgage
dba  Definitive Financial
dba  Desert Sound Financial Group
dba  Direct Funder
dba  Direct Home Lending
dba  Dream Mortgage
dba  F3 Lending Group
dba  Fidelity Mutual Financial
dba  Financialgroup Mortgage
dba  First Assurance Mortgage
dba  First Choice Financial Group
dba  First Option Mortgage
dba  First Rate Mortgage
dba  Franklin Mortgage Group
dba  G.I. Home Loans
dba  Gemini Mortgage
dba  Genesis Lending Group
dba  Gold Star Mortgage
dba  Good Life Financial
dba  Heartland Mortgage Group
dba  Hemet Mortgage
dba  High Q Mortgage Solutions
dba  Home Financial
dba  Home Lending Team
dba  Home Loan Online
dba  HomeFindersCenter.com
dba  House Mart
dba  Ida's Direct Mortgage
dba  Illinois Community Lending
dba  Imani Mortgage
dba  Infinity Capital Lending
dba  InstaLoan Approval
dba  J & L Lending
dba  J&H Associates Mortgage Grp
dba  Jay Royal Mortgage Lending
dba  JEI Mortgage Services
dba  JMAC Lending
dba  JMC Financial
dba  Keystone Lending
dba  Land America Mortgage
dba  Latte Stone Mortgage
dba  Lender for Life Mortgage
dba  LFC Lending
dba  Lighthouse Mortgage
dba  Lion Funding Group
dba  Loan Services
dba  LoanAxis.net
dba  1st Advantage Mortgage
dba  LoanSmart Lending
dba  Home Loan Cafe
dba  Louisiana Community Lending
dba  Maxxim Mortgage
dba  Metro Home Loans
dba  MGM Financial
dba  Midwest Equity Financial Services
dba  Midwest Lending Source
dba  Millenium First Funding
dba  Missouri Home Lenders
dba  Mortgage Funding Servicing
dba  Mortgage Initiative
dba  Mortgage Lending Solutions
dba  Mortgage MD
dba  Mortgage Only

dba   Mortgage Partners
dba   Mortgage Providers
dba   MortgageTown Direct
dba   Mountain Point Mortgage
dba   MTS Home Loans
dba   National Mortgage
dba   New Egland Alliance Mortgage
dba   Noble Lending Group
dba   Northeast Community Lending
dba   Number 1 Mortgage
dba   Ohio Community Lending
dba   Olde Country Fair Mortgage
dba   Omega Mortgage Group
dba   On The Move Mortgage Services
dba   Pacific Lending Group
dba   Paradigm Home Lending
dba   Paradigm Home Mortagage
dba   Paradise Financial Mortgage
dba   Paramount Home Lending Network
dba   Patriot Home Loans
dba   Pennica Lending Group
dba   Phoenix Capital Group
dba   Pine Star Mortgage
dba   Preferred Funding
dba   Premier Capital Mortgage
dba   Premier Direct Lending
dba   Premier Lending Group
dba   Prestige Funding Group
dba   Prime Rate Mtg
dba   Primestar Lending
dba   Priority One Lending
dba   Provident Lending
dba   Quality Mortgage Services
dba   Residential Funding
dba   Rockview Lending Group
dba   SA Taft
dba   San Jose Wholesale
dba   Satisfaction Mortgage
dba   Security National Lending
dba   Select Mortgage Services
dba   Signature Lending
dba   Skyline Funding
dba   Source Funding Group
dba   Southern Community Mortgage
dba   Southwest Capital Funding
dba   Special Forces Mortgage
dba   Speedy Lending Group
dba   SRA Mortgage
dba   Summit Community Lending
dba   Superior Mortgage
dba   Texas Residential Lending
dba   Texline Mortgage
dba   The Loan Arrangers
dba   The Mortgage Center of Tucson
dba   The Mortgage Channel
dba   The Principle Lending
dba   Three Rivers Mortgage
dba   Titan Financial Group
dba   TL Mortgage
dba   Tri State Community Lending
dba   UEX Financial
dba   Union Lending
dba   Unity Lending
dba   Universal Financial Group

dba  Universal Lending
dba  Universal Lending of Elk Grove
dba  Universal Valley Mortgage
dba  Unlimited Mortgage Service
dba  Urbana Mortgage
dba  Valley Mortgage
dba  Valley Wide Home Loans
dba  Victoria Mtg
dba  Victory Lending
dba  Virginia Community Lending
dba  Wardley Mortgage
dba  West Avenue Mortgage
dba  West Coast Community Lending
dba  Windsor Lending
dba  Your Lowest Mortgage
dba  Zenith Financial Services
dba  Mortgage Services of Tallahassee
dba  Borrowers Best Mortgage MAC
dba  Everquest Mortgage
dba  First Choice Funding
dba  Homefront Financial
dba  Mortgage Lending Source
    Pacific Capital Mortgage
    Premiere Lending Co.

**Notice of Failure to Cure Deficiencies in an Application for Unclaimed Dividends**

Notice is given that the Application for Unclaimed Dividends, submitted by claimant Claimant Lexia LLC/Terwin, Fund Locator: APL, Inc , on 8/24/2015, in the above captioned case, is hereby deemed withdrawn due to claimant's failure to timely submit required and/or additional documents/information. The Court will take no further action on this application.

Dated: 5/16/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
    (415)268−2344
    Chris_Gundayao@canb.uscourts.gov